E-filing

FILED
08 APR -8 AM 10:54

Clear Form

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

ROMEO EZIKE                                CV 08        1867

            Plaintiff,          )   CASE NO. _____

   vs.                                             )   **APPLICATION TO PROCEED**
LAKSHMI MITTAL                            )   **IN FORMA PAUPERIS**
Et... AL                                        )   (Non-prisoner cases only)
See Attached     Defendant.       )

I, ROMEO EZIKE, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

    In support of this application, I provide the following information:

1. Are you presently employed?       Yes ___  No ✓

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____ Net: _____

Employer: _____

If the answer is "no," state the date of last employment and the amount of the gross and net salary

MAY OF 2004   $2500/month   work less than a year
Approximately $2100/month

-1-

1  children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.)
2  NO Children
3  _____
4  5.   Do you own or are you buying a home?    Yes ___ No _X_
5  Estimated Market Value: $_____ Amount of Mortgage: $_____
6  6.   Do you own an automobile?    Yes ___ No _X_
7  Make _____ Year _____ Model _____
8  Is it financed? Yes ___ No ___ If so, Total due: $ _____
9  Monthly Payment: $ _____
10 7.   Do you have a bank account? Yes ___ No ___ (Do not include account numbers.)
11 Name(s) and address(es) of bank: _____
12 _____
13 Present balance(s): $ _____
14 Do you own any cash? Yes ___ No _✓_ Amount: $ _____
15 Do you have any other assets? (If "yes," provide a description of each asset and its estimated
16 market value.)                                Yes ___ No _✓_
17 _____
18 8.   What are your monthly expenses?   I am on Public Assistance
19 Rent: $ _____ Utilities: _____
20 Food: $ _____ Clothing: _____
21 Charge Accounts:
22 Name of Account         Monthly Payment         Total Owed on This Account
23 _____              $ _____            $ _____
24 _____              $ _____            $ _____
25 _____              $ _____            $ _____
26 9.   Do you have any other debts? (List current obligations, indicating amounts and to whom
27 they are payable. Do not include account numbers.)
28 Sears $6000   Bank of America $5000
   Outstanding since 2002

-3-

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits? Yes ✓ No ___

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed. Romeo Ezike v Amtrak Et. Als. Case Number 07C1972; Case Number 1:04CV04476 Romeo Ezike v DHL Northeern District Federal Courte of Illinois

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

April 7th 2008                    Romeo Ezike

DATE                              SIGNATURE OF APPLICANT

- 4 -