FILED

08 APR 22 PM 12: 27

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Romeo Ezike

Plaintiff(s),

v.

Mr. Lakshmi N. Mittal et al...

Defendant(s).

No. C V 08 1867 MEJ

CONSENT TO PROCEED BEFORE A
UNITED STATES MAGISTRATE JUDGE

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: April 23rd 2008

Romeo Ezike
Signature

Counsel for Pro-Se
(Plaintiff, Defendant or indicate "pro se")