**Name and Address**
ROMEO EZIKE
P.O BOX 425126
SAN FRANCISCO, CA 94142

FILED
MAY 12 PM 2:14

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

ROMEO EZIKE
Plaintiff / Petitioner

VS.

MR. LAKSHMI MITTAL
Defendant / Respondent ET AL.

Case No. CV 08 1867

Document Name:

Exhibits

CASE NO. 19 CV 08 1867

# List of Exhibits

Exhibits 10, 11, 12, 13, 14, 37 Docket Statement Cook County Criminal Court.

Exhibits 32 Order from the First District Appellate Court Assigning the Appeal to Cook County Public Defender.

Exhibits 130 US Court of Appeals for the Seventh Circuit Docket Statement case number 05-4413 Exhibits 130-131, 132, 133

Exhibits 134, 135, 136 US Court of Appeals case number 04-3585

Exhibit 137 US Court of Appeals Clerk letter to Plaintiff

Exhibit 138, 139 Motion for Relief from Appointment from Mr. Lakshmi Mittal's law firm.

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS            Page 001

PEOPLE OF THE STATE OF ILLINOIS                CV 08 1867

VS                    NUMBER 05CR2924201

ROMEO        EZIKE

CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

I, DOROTHY BROWN, Clerk of the Circuit Court of Cook County, Illinois, and keeper of the records and seal thereof do hereby certify that the electronic records of the Circuit Court of Cook County show that:

The States Attorney of Cook County filed an INDICTMENT/INFORMATION with the Clerk of the Circuit Court.

Charging the above named defendant with:

  730-150/3(a)                            F     VIOLATE SEX OFFENDER REGIS
The following disposition(s) was/were rendered before the Honorable Judge(s):

```
12/27/05 IND/INFO-CLK OFFICE-PRES JUDGE            01/12/06 1701
     05CR2924201 ID#   CR100971187
01/12/06 CASE ASSIGNED                             01/12/06 1717
     BIEBEL, PAUL JR.
01/12/06 DEFENDANT IN CUSTODY                      00/00/00
     BIEBEL, PAUL JR.
01/12/06 DEFENDANT IN CUSTODY                      00/00/00
     BROSNAHAN, MARY MARGARET
01/12/06 PRISONER DATA SHEET TO ISSUE              00/00/00
     BROSNAHAN, MARY MARGARET
01/12/06 PUBLIC DEFENDER APPOINTED                 00/00/00
     BROSNAHAN, MARY MARGARET
01/12/06 DEFENDANT ARRAIGNED                       00/00/00
     BROSNAHAN, MARY MARGARET
01/12/06 PLEA OF NOT GUILTY                        00/00/00
     BROSNAHAN, MARY MARGARET
01/12/06 ADMONISH AS TO TRIAL IN ABSENT            00/00/00
     BROSNAHAN, MARY MARGARET
01/12/06 MOTION FOR DISCOVERY                      00/00/00 F        1
     BROSNAHAN, MARY MARGARET
01/12/06 DISCOVERY ANSWER FILED                    00/00/00          1
     BROSNAHAN, MARY MARGARET
01/12/06 CONTINUANCE BY AGREEMENT                  02/06/06
     BROSNAHAN, MARY MARGARET
02/06/06 DEFENDANT IN CUSTODY                      00/00/00
     WADAS, KENNETH J.
02/06/06 PRISONER DATA SHEET TO ISSUE              00/00/00
     WADAS, KENNETH J.
02/06/06 CONTINUANCE BY AGREEMENT                  02/27/06
     WADAS, KENNETH J.
```

Exhibit 10

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS                Page 002

PEOPLE OF THE STATE OF ILLINOIS

           VS                    NUMBER 05CR2924201

ROMEO        EZIKE

CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

I, DOROTHY BROWN, Clerk of the Circuit Court of Cook County, Illinois, and keeper of the records and seal thereof do hereby certify that the electronic records of the Circuit Court of Cook County show that:

The States Attorney of Cook County filed an INDICTMENT/INFORMATION

```
02/27/06 DEFENDANT IN CUSTODY                    00/00/00
     WADAS, KENNETH J.
02/27/06 PRISONER DATA SHEET TO ISSUE            00/00/00
     WADAS, KENNETH J.
02/27/06 MOTION TO QUASH ARREST                  00/00/00  F       2
     WADAS, KENNETH J.
02/27/06 MOTION TO SUPPRESS                      00/00/00  F       2
     EVIDENCE
     WADAS, KENNETH J.
02/27/06 MOTION TO SUPPRESS                      00/00/00  F       2
     STATEMENTS
     WADAS, KENNETH J.
02/27/06 DISCOVERY ANSWER FILED                  00/00/00          2
     WADAS, KENNETH J.
02/27/06 WITNESSES ORDERED TO APPEAR             00/00/00
     WADAS, KENNETH J.
02/27/06 CONTINUANCE BY AGREEMENT                02/28/06
     WADAS, KENNETH J.
03/28/06 DEFENDANT IN CUSTODY                    00/00/00
     WADAS, KENNETH J.
03/28/06 PRISONER DATA SHEET TO ISSUE            00/00/00
     WADAS, KENNETH J.
03/28/06 WITNESSES ORDERED TO APPEAR             00/00/00
     WADAS, KENNETH J.
03/28/06 CONTINUANCE BY AGREEMENT                04/12/06
     WADAS, KENNETH J.
04/12/06 DEFENDANT IN CUSTODY                    00/00/00
     WADAS, KENNETH J.
04/12/06 PRISONER DATA SHEET TO ISSUE            00/00/00
     WADAS, KENNETH J.
04/12/06 MOTION TO QUASH ARREST                  00/00/00  D       2
     WADAS, KENNETH J.
04/12/06 MOTION TO SUPPRESS                      00/00/00  D       2
     EVIDENCE
     WADAS, KENNETH J.
04/12/06 MOTION TO SUPPRESS                      00/00/00  D       2
     STATEMENTS
     WADAS, KENNETH J.
```

Exhibit 11

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS          Page 003

PEOPLE OF THE STATE OF ILLINOIS

                VS                NUMBER 05CR2924201

    ROMEO       EZIKE

CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

   I, DOROTHY BROWN, Clerk of the Circuit Court of Cook County, Illinois, and keeper of the records and seal thereof do hereby certify that the electronic records of the Circuit Court of Cook County show that:

The States Attorney of Cook County filed an INDICTMENT/INFORMATION
```
04/12/06 WITNESSES ORDERED TO APPEAR            00/00/00
     WADAS, KENNETH J.
04/12/06 CONTINUANCE BY AGREEMENT               05/15/06
     WADAS, KENNETH J.
05/15/06 DEFENDANT IN CUSTODY                   00/00/00
     WADAS, KENNETH J.
05/15/06 PRISONER DATA SHEET TO ISSUE           00/00/00
     WADAS, KENNETH J.
05/15/06 BEHAVIOR CLINIC EXAM ORDERED           06/12/06
     WADAS, KENNETH J.
05/15/06 CONTINUANCE BY AGREEMENT               06/12/06
     WADAS, KENNETH J.
06/12/06 CONTINUANCE BY AGREEMENT               06/19/06
     BROWN, MICHAEL
06/19/06 DEFENDANT IN CUSTODY                   00/00/00
     BROWN, MICHAEL
06/19/06 PRISONER DATA SHEET TO ISSUE           00/00/00
     BROWN, MICHAEL
06/19/06 SPECIAL ORDER                          00/00/00
     FITNESS HEARING
     BROWN, MICHAEL
06/19/06 DEFENDANT FOUND FIT                    00/00/00
     BROWN, MICHAEL
06/19/06 CONTINUANCE BY AGREEMENT               07/12/06
     BROWN, MICHAEL
07/12/06 DEFENDANT IN CUSTODY                   00/00/00
     WADAS, KENNETH J.
07/12/06 PRISONER DATA SHEET TO ISSUE           00/00/00
     WADAS, KENNETH J.
07/12/06 BEHAVIOR CLINIC EXAM ORDERED           08/02/06  1717
     WADAS, KENNETH J.
07/12/06 CONTINUANCE BY AGREEMENT               08/02/06
     WADAS, KENNETH J.
08/02/06 DEFENDANT IN CUSTODY                   00/00/00
     WADAS, KENNETH J.
08/02/06 PRISONER DATA SHEET TO ISSUE           00/00/00
     WADAS, KENNETH J.
```

Exhibit 12

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS          Page 004

PEOPLE OF THE STATE OF ILLINOIS

        VS              NUMBER 05CR2924201

ROMEO      EZIKE

CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

I, DOROTHY BROWN, Clerk of the Circuit Court of Cook County, Illinois, and keeper of the records and seal thereof do hereby certify that the electronic records of the Circuit Court of Cook County show that:

The States Attorney of Cook County filed an INDICTMENT/INFORMATION

```
08/02/06 SPECIAL ORDER                                  00/00/00
     FOR FITNESS HEARING
     WADAS, KENNETH J.
08/02/06 CONTINUANCE BY AGREEMENT                       08/14/06
     WADAS, KENNETH J.
08/14/06 DEFENDANT IN CUSTODY                           00/00/00
     WADAS, KENNETH J.
08/14/06 PRISONER DATA SHEET TO ISSUE                   00/00/00
     WADAS, KENNETH J.
08/14/06 WITNESSES ORDERED TO APPEAR                    00/00/00
     FITNESS
     WADAS, KENNETH J.
08/14/06 CONTINUANCE BY AGREEMENT                       08/28/06
     WADAS, KENNETH J.
08/28/06 DEFENDANT IN CUSTODY                           00/00/00
     WADAS, KENNETH J.
08/28/06 PRISONER DATA SHEET TO ISSUE                   00/00/00
     WADAS, KENNETH J.
08/28/06 DEFENDANT FOUND UNFIT                          00/00/00  ⇐
     WADAS, KENNETH J.
08/28/06 CONTINUANCE BY ORDER OF COURT                  09/28/06
     WADAS, KENNETH J.
09/28/06 DEFENDANT IN CUSTODY                           00/00/00
     WADAS, KENNETH J.
09/28/06 PRISONER DATA SHEET TO ISSUE                   00/00/00
     WADAS, KENNETH J.
09/28/06 CONTINUANCE BY ORDER OF COURT                  11/03/06
     WADAS, KENNETH J.
11/03/06 DEFENDANT IN CUSTODY                           00/00/00
     WADAS, KENNETH J.
11/03/06 DEFENDANT NOT IN COURT                         00/00/00
     WADAS, KENNETH J.
11/03/06 CONTINUANCE BY ORDER OF COURT                  02/08/07
     WADAS, KENNETH J.
12/05/06 SPECIAL ORDER                                  00/00/00  F        2
     MOTION-FOR DISCHARGE HEARING.
12/05/06 HEARING DATE ASSIGNED                          12/08/06 1717
```

Exhibit 13

```
         IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS        Page 005

    PEOPLE OF THE STATE OF ILLINOIS

                    VS                  NUMBER 05CR2924201

         ROMEO        EZIKE

             CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

    I, DOROTHY BROWN, Clerk of the Circuit Court of Cook County, Illinois,
and keeper of the records and seal thereof do hereby certify that the
electronic records of the Circuit Court of Cook County show that:

The States Attorney of Cook County filed an INDICTMENT/INFORMATION
12/08/06 DEFENDANT IN CUSTODY                        00/00/00
    WADAS, KENNETH J.
12/08/06 PRISONER DATA SHEET TO ISSUE                00/00/00
    WADAS, KENNETH J.
12/08/06 CONTINUANCE BY AGREEMENT                    02/08/07
    WADAS, KENNETH J.
01/30/07 NOTICE OF NOTICE OF APP MAILED              00/00/00
01/30/07 HEARING DATE ASSIGNED                       02/02/07 1713
02/02/07 APPEAL DENIED                               00/00/00
    LATE NOTICE OF APPEAL DENIED
    GAINER, THOMAS V. JR.
02/08/07 DEFENDANT IN CUSTODY                        00/00/00
    WADAS, KENNETH J.
02/08/07 DEFENDANT NOT IN COURT                      00/00/00
    WADAS, KENNETH J.
02/08/07 CONTINUANCE BY ORDER OF COURT               03/09/07
    WADAS, KENNETH J.
02/22/07 MOTION FOR WRIT OF HABEAS CORP              00/00/00 F         2
02/22/07 HEARING DATE ASSIGNED                       03/09/07 1717
03/09/07 DEFENDANT IN CUSTODY                        00/00/00
    WADAS, KENNETH J.
03/09/07 DEFENDANT NOT IN COURT                      00/00/00
    WADAS, KENNETH J.
03/09/07 CONTINUANCE BY AGREEMENT                    04/13/07
    WADAS, KENNETH J.
04/04/07 NOTICE OF APPEAL FILED, TRNSFR              00/00/00
04/13/07 DEFENDANT IN CUSTODY                        00/00/00
    WADAS, KENNETH J.
04/13/07 DEFENDANT NOT IN COURT                      00/00/00
    WADAS, KENNETH J.
04/13/07 SPECIAL ORDER                               00/00/00
    DEFENDANT IN DEPARTMENT OF HUMAN SERVICES
    WADAS, KENNETH J.
04/13/07 CONTINUANCE BY ORDER OF COURT               06/15/07
    WADAS, KENNETH J.
04/17/07 NOTICE OF NOTICE OF APP MAILED              00/00/00
04/17/07 HEARING DATE ASSIGNED                       04/20/07 1713
```

Exhibit 14

```
          IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS      Page 006
    PEOPLE OF THE STATE OF ILLINOIS

                    VS                NUMBER 05CR2924201

      ROMEO        EZIKE

              CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

    I, DOROTHY BROWN, Clerk of the Circuit Court of Cook County, Illinois,
and keeper of the records and seal thereof do hereby certify that the
electronic records of the Circuit Court of Cook County show that:

The States Attorney of Cook County filed an INDICTMENT/INFORMATION
04/20/07 PUBLIC DEF APPTD FOR APPEAL             00/00/00
    REFER TO DRAFT ORDER
    BIEBEL, PAUL JR.
04/20/07 O/C FREE REPT OF PROCD ORD N/C          00/00/00
    BIEBEL, PAUL JR.
04/09/07 APPELLATE COURT NUMBER ASGND            00/00/00 07-0732
04/24/07 COMMON LAW RECORD PREPARED              00/00/00 07-0732
    ONE VOLUME CLR
05/03/07 CLR RECD BY APP COUNSEL                 00/00/00 07-0732
    STATE APPELLATE DEFENDER - ONE VOLUME
06/15/07 DEFENDANT IN CUSTODY                    00/00/00
    WADAS, KENNETH J.
06/15/07 PRISONER DATA SHEET TO ISSUE            00/00/00
    WADAS, KENNETH J.
06/15/07 CONTINUANCE BY ORDER OF COURT           07/27/07
    WADAS, KENNETH J.
```

                                     I hereby certify that the foregoing has
                                     been entered of record on the above
                                     captioned case.
                                     Date 06/19/07

                                     _____
                                                  DOROTHY BROWN
                                     CLERK OF THE CIRCUIT COURT OF COOK COUNTY

Exhibit 37

CV 08 1867

_____ **ORDER**

IN THE APPELLATE COURT, STATE OF ILLINOIS
FIRST DISTRICT

| | |
|---|---|
| PEOPLE OF THE STATE OF ILLINOIS,<br>    Plaintiff-Appellee, | )<br>)  No. 07-**0732** |
| v. | )<br>)  Circuit Court No. 05CR29242 |
| ROMEO EZIKE,<br>    Defendant-Appellant. | )<br>)  Hon. Kenneth Wadas,<br>)  Judge Presiding<br>) |

**ORDER**

ON MOTION OF APPELLANT PRO SE, FOR LEAVE TO FILE A MOTION FOR LATE NOTICE OF APPEAL AND APPOINTMENT OF COUNSEL (Appeal from Order of 9/28/06);

**IT IS HEREBY ORDERED** THAT THE MOTION FOR LEAVE TO FILE LATE NOTICE OF APPEAL IS

**X** GRANTED, and the _Office of the Cook County Public Defender_ is appointed as counsel.
**THE CLERK OF THE APPELLATE COURT IS DIRECTED TO TRANSMIT THE NOTICE OF APPEAL TO THE CLERK OF THE CIRCUIT COURT.**

____ **DENIED**.

Name   Romeo Ezike
          20050093262
Address
     Elgin Mental Health Center
     750 S. State   Unit G
     Elgin, IL 60123

_____
Justice

_____
Justice

_____
Justice

**ORDER ENTERED**

APR 0 4 2007

APPELLATE COURT, FIRST DISTRICT

STEVEN M. RAVID, CLERK OF THE APPELLATE COURT, FIRST DISTRICT

Exhibit 32

| Home | PACER | Opinions | | Help |

# General Docket
## US Court of Appeals for the Seventh Circuit

```
Court of Appeals Docket #: 05-4413                    Filed: 11/23/05
Nsuit: 3442  Civil Rights Jobs-Fed. Ques.
Ezike, Romeo v. DHL/Airborne, et al
Appeal from: United States District Court

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Lower court information:

    District: 0752-1 : 04 C 4476
    Ordering Judge: Elaine E. Bucklo, Judge
    Court Reporter: Court Reporter
    Date Filed: 7/7/04
    Date order/judgment: 11/10/05
    Date NOA filed: 11/22/05
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Fee status: informa pauperis

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Prior cases:
   None
Current cases:
   None

Docket as of February 7, 2007 11:01 pm              Page 1
```

---

```
05-4413   Ezike, Romeo v. DHL/Airborne, et al

ROMEO EZIKE                    Romeo Ezike
    Plaintiff - Appellant      [COR LD NTC pro]
                               P.O. Box 803513
                               Chicago, IL 60680
                               USA

  v.

DHL/AIRBORNE                   Camille A. Olson
    Defendant - Appellee       FAX 312/460-7000
                               312/460-5000
                               Suite 2400
                               [COR LD NTC ret]
                               SEYFARTH SHAW
                               131 S. Dearborn Street
                               Chicago, IL 60603
                               USA

MIKE BAUMAN                    David R. Nordwall
    Defendant - Appellee       FAX 312/829-3367
                               312/334-3100
                               Suite 200
```

```
                              [COR LD NTC ret]
                              PROPES & KRAVENY
                              833 W. Jackson
                              Chicago, IL 60607
                              USA

HOFFMAN ENCLOSURES,           David R. Nordwall
INCORPORATED                  (See above)
    Defendant - Appellee      [COR LD NTC ret]
```

Docket as of February 7, 2007 11:01 pm                Page 2


05-4413   Ezike, Romeo v. DHL/Airborne, et al

ROMEO EZIKE,
           Plaintiff - Appellant
   v.

DHL/AIRBORNE, MIKE BAUMAN and HOFFMAN ENCLOSURES, INCORPORATED,
          Defendants - Appellees


Docket as of February 7, 2007 11:01 pm                Page 3


05-4413   Ezike, Romeo v. DHL/Airborne, et al

11/23/05         Private civil case docketed. [05-4413] [1926625-1]
                 Transcript information sheet due 12/5/05 . (hard)

11/23/05         Filed Appellant Romeo Ezike docketing statement.  [05-4413]
                 [1926629-1] (hard)

11/23/05         [05-4413] ROA from No. Dist. of Il., E. Div. due 12/13/05 .
                 (hard)

11/23/05         Filed notice that a motion to proceed on appeal in forma
                 pauperis is pending in the District Court. [05-4413]
                 [1926631-1] (hard)

12/5/05          Filed Appellee DHL/Airborne docketing statement. [05-4413]
                 [1929596-1] (ocon)

12/5/05          Filed District Court order GRANTING Romeo Ezike leave to
                 proceed on appeal in forma pauperis and GRANTING the motion
                 requesting free copies on transcripts. Date IFP granted:
                 11/29/05. [05-4413] [1926625-1] (desi)

12/5/05          ORDER: The District Court GRANTED the appellant leave to
                 proceed on appeal in forma pauperis. Briefing will proceed
                 as follows: [1926625-1][05-4413] 1. The appellant(s) brief
                 is due on or before 1/4/06 for Romeo Ezike. 2. The
                 appellee(s) brief is due on or before 2/3/06 for Hoffman
                 Enclosures, for Mike Bauman, for DHL/Airborne. 3. The reply

|  |  |
|---|---|
|  | brief if any is due on 2/17/06 for Romeo Ezike. (eric) |
| 12/5/05 | Disclosure Statement filed by Camille A. Olson for Appellee DHL/Airborne. [05-4413] [1926625-1] (hard) |
| 12/5/05 | Disclosure Statement filed by attorney David Kahng for the appellee DHL Express (USA), Inc. [05-4413] [1926625-1] (hard) |
| 12/7/05 | Disclosure Statement filed by David R. Nordwall for Appellee Hoffman Enclosures, Appellee Mike Bauman. [05-4413] [1926625-1] (amyd) |
| 12/19/05 | Filed prose motion by Appellant Romeo Ezike requesting counsel and extension of proceeding. [1935549-1] [1935549-2] [05-4413] (amyd) |
| 12/21/05 | ORDER: The court, on its own motion, orders that briefing is SUSPENDED pending a ruling on the motion for appointment of counsel and extension of proceeding. [1935549-2] JK [05-4413] (amyd) |
| 12/22/05 | Original record on appeal filed. Contents of record: 2 vol. pleadings; 3 env. in camera. [05-4413] [1936578-1] (dave) |

Docket as of February 7, 2007 11:01 pm                    Page 4

---

05-4413  Ezike, Romeo v. DHL/Airborne, et al

| 12/23/05 | ORDER: This Court has received 3 envelopes, document nos. 63,80 and 116, under seal from the district court. All documents filed in this Court, except those required to be sealed by or rule are considered public. Pursuant to 7th Circuit Operating Procedure 10(b), documents sealed in the district court will be maintained under seal in this Court for 14 days, to afford time to request the approval required by section (a) of this operating procedure. Absent a motion from a party these sealed documents will be placed in the public record on 1/9/05. [05-4413] Motion shall be filed by 1/6/06. (trot) |
|---|---|
| 1/23/06 | ORDER issued DENYING motion requesting counsel and extension of proceeding. Briefing will proceed as follows: [1935549-1] JKL [05-4413]  1. The appellant(s) brief is due on or before 2/21/06 for Romeo Ezike.  2. The appellee(s) brief is due on or before 3/23/06 for Hoffman Enclosures, for Mike Bauman, for DHL/Airborne.  3. The reply brief if any is due on 4/6/06 for Romeo Ezike. (amyd) |
| 3/7/06 | ORDER: Prose Appellant Romeo Ezike is directed to showcause as to why the appeal should not be dismissed for lack of prosecution pursuant to Circuit Rule 31(c)(2). [1926625-1] [05-4413] Response due on or before 3/21/06 for Romeo Ezike. (trot) |
| 4/7/06 | ORDER: Prose Appellant Romeo Ezike is directed to showcause as to why the appeal should not be dismissed for lack of |

Exhibit 153

|  |  |
|---|---|
|  | prosecution pursuant to Circuit Rule 31(c)(2). [1926625-1] JKL [05-4413] Response due on or before 4/21/06 for Romeo Ezike. (trot) |
| 4/27/06 | ORDER: This cause is DISMISSED pursuant to Cir. R. 31(c)(2). Mandate issued, record to be returned later. [05-4413] [0-0] (trot) |
| 4/28/06 | Original record returned to the District Court. (Contents returned: 2 vol. pleadings; 3 env. in camera.) [05-4413] [0-0] (cove) |
| 5/10/06 | Filed record receipt. [1984333-1] [05-4413] (josh) |

Docket as of February 7, 2007 11:01 pm                    Page 5

| PACER Service Center |||
|---|---|---|
| Transaction Receipt |||
| 01/24/2008 12:54:11 |||
| PACER Login: | hc0212 | Client Code: |
| Description: | dkt report | Case Number: | 05-4413 |
| Billable Pages: | 5 | Cost: | 0.40 |

# General Docket
## US Court of Appeals for the Seventh Circuit

```
Court of Appeals Docket #: 04-3585                              Filed: 10/4/04
Nsuit: 3442  Civil Rights Jobs-Fed. Ques.
Ezike, Romeo v. Bauman, Mike, et al
Appeal from: United States District Court

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Lower court information:

    District: 0752-1 : 04 C 4476
    Ordering Judge: Elaine E. Bucklo, Judge
    Court Reporter: Court Reporter
    Date Filed: 7/20/04
    Date order/judgment: 9/24/04
    Date NOA filed: 10/1/04
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Fee status: informa pauperis

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Prior cases:
   None
Current cases:
   None

Docket as of March 28, 2007 11:00 pm                       Page 1
```

---

```
04-3585  Ezike, Romeo v. Bauman, Mike, et al

ROMEO EZIKE                       Romeo Ezike
     Plaintiff - Appellant        [COR LD NTC pro]
                                  P.O. Box 803513
                                  Chicago, IL 60680
                                  USA

    v.

MIKE BAUMAN                       David R. Nordwall
     Defendant - Appellee         FAX 312/829-3367
                                  312/334-3100
                                  Suite 200
                                  [COR LD NTC ret]
                                  PROPES & KRAVENY
                                  833 W. Jackson
                                  Chicago, IL 60607
                                  USA

HOFFMAN ENCLOSURES,               David R. Nordwall
INCORPORATED                      (See above)
     Defendant - Appellee         [COR LD NTC ret]
```

Westlaw

DHL/AIRBORNE
    Defendant - Appellee

Docket as of March 28, 2007 11:00 pm          Page 2

---

04-3585   Ezike, Romeo v. Bauman, Mike, et al

ROMEO EZIKE,
         Plaintiff - Appellant
  v.

MIKE BAUMAN, HOFFMAN ENCLOSURES, INCORPORATED and DHL/AIRBORNE,
         Defendants - Appellees

Docket as of March 28, 2007 11:00 pm          Page 3

---

04-3585   Ezike, Romeo v. Bauman, Mike, et al

| Date | Entry |
|---|---|
| 10/4/04 | Private civil case docketed. [04-3585] [1784352-1] Transcript information sheet due 10/14/04. Appellant's brief due 11/15/04 for Romeo Ezike. Docketing Statement due 10/8/04. (kell) |
| 10/4/04 | Filed Appellant Romeo Ezike docketing statement. [04-3585] [1784356-1] (kell) |
| 10/4/04 | [04-3585] ROA from No. Dist. of Il., E. Div. due 10/22/04. (kell) |
| 10/4/04 | No attorney(s) added for Appellee DHL/Airborne, per District Court docket and information sheet. [04-3585] [1784352-1] (kell) |
| 10/7/04 | ORDER: Appellant Romeo Ezike Appellee Mike Bauman, Appellee Hoffman Enclosures shall file a brief memorandum stating why this appeal should not be dismissed for lack of jurisdiction. [1784352-1] DW [04-3585] [1784804-1] Briefing is SUSPENDED pending further court order. (See order for further details) Jurisdictional memorandum due 10/21/04 for Hoffman Enclosures, for Mike Bauman, for Romeo Ezike. (amyd) |
| 10/8/04 | Filed Seventh Circuit Transcript Information Sheet by Romeo Ezike for Appellant Romeo Ezike. [04-3585] [1784352-1] (nath) |
| 10/18/04 | Disclosure Statement filed by David R. Nordwall for Appellee Hoffman Enclosures, Appellee Mike Bauman. [04-3585] [1784352-1] (hudk) |
| 10/18/04 | Filed Appellee Mike Bauman, Appellee Hoffman Enclosures jurisdictional memorandum. [04-3585] [1788259-1] (hudk) |
| 10/19/04 | Filed Appellant Romeo Ezike jurisdictional memorandum. |

|  |  |
|---|---|
|  | • [04-3585] [1788495-1] (hudk) |
| 10/27/04 | Filed prose motion by Appellant Romeo Ezike to appoint counsel. [1790988-1] [04-3585] (eric) |
| 10/28/04 | Original record on appeal filed. Contents of record: 1 vol. pleadings. [04-3585] [1791312-1] (greg) |
| 10/29/04 | ORDER filed DISMISSING this appeal for lack of jurisdiction and DENYING motion to appoint counsel as moot. (See order for further details.) [1790988-1] Circuit Judge Frank H. Easterbrook, Circuit Judge Diane P. Wood, Circuit Judge Diane S. Sykes. [04-3585] [1790988-1] (hudk) |
| 11/22/04 | MANDATE ISSUED AND ENTIRE RECORD RETURNED. (Contents returned: 1 vol. pleadings.) [04-3585] [1784352-1] (cove) |
| 11/23/04 | Filed mandate receipt. [04-3585] [1800565-1] (hudk) |

Docket as of March 28, 2007 11:00 pm           Page 4

---

04-3585  Ezike, Romeo v. Bauman, Mike, et al

| 3/26/07 | Filed prose motion by Appellant Romeo Ezike to recall the mandate. [2088370-1] [04-3585] (fern) |
|---|---|
| 3/28/07 | ORDER issued DENYING motion to recall the mandate. [2088370-1] EMC [04-3585] (fern) |

Docket as of March 28, 2007 11:00 pm           Page 5

---

| PACER Service Center |||
|---|---|---|
| Transaction Receipt |||
| 01/24/2008 12:54:01 |||
| PACER Login: | hc0212 | Client Code: |
| Description: | dkt report | Case Number: 04-3585 |
| Billable Pages: | 5 | Cost: 0.40 |

312
1355691

EXHIBIT 37

June 25th 2006

Office of the clerk

Dear Sir,

I am requesting the assigned appeals numbers if one has/was assigned to this case:

Romeo Ezike
Plaintiff
Hoffman Enclosures INC.
Mike Bauman &
DHL

} Judge Bucklo
No: 1:04cv 4476

USCA - 7th Circuit
RECEIVED
JUN 2 8 2006 PG
GINO J. AGNELLO
CLERK

As a result of this case I am been held on false charge. I am been torture and terrorize to force me to plea to a felony. Under no condition will I subcumb to this terrorism. I need the number for my records.

We list only 2 appeals in your name and docket numbers, both closed in this court. Neither list this case title.
04-3585 & 05-4413

Respectfully
Romeo Ezike

Exhibit 138    CV 08 1867

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ROMEO EZIKE, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Case No. 07-CV-1972 |
| ) | |
| AMTRAK, ) | Judge Ruben Castillo |
| Defendant, ) | |
| ) | |
| COOK COUNTY ) | |
| ) | |
| Defendant, ) | |
| ) | |
| COOK COUNTY JAIL, ) | |
| ) | |
| Defendant, ) | |
| ) | |
| ENGLIN MENTAL HEALTH CENTER, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## MOTION FOR RELIEF FROM APPOINTMENT

I, Christopher J. DeGroff, pursuant to Local Rule 83.38(a)(3) and (5), move this Court for leave to withdraw as counsel for Plaintiff, Romeo Ezike, because of conflict of interest issues that preclude counsel from representing Plaintiff in this matter. In support of this motion, I state as follows:

1.  I am a partner in the law firm of Seyfarth Shaw LLP ("Seyfarth Shaw") and a member of the Northern District of Illinois Trial Bar.

2.  On August 28, 2007, I was appointed as counsel for Plaintiff in the above-captioned case.

CH1 11299158.1

3.      Plaintiff's Complaint purports to raise claims of conspiracy, false arrest, false imprisonment, fraud, civil rights violations and retaliation against a number of defendants, including Amtrak.

Amtrak is a current client of Seyfarth Shaw, and representing Plaintiff against Amtrak would represent a conflict of interest.

Additionally, Seyfarth Shaw was previously adverse to Plaintiff is another case; *Ezike v. DHL/Airbornel, et. al*, 04-cv-4476 and later on appeal to the Seventh Circuit in *Ezike v. DHL/Airborn, et. al*, 05-4413.

This client relationship and Seyfarth Shaw's former representation of a client adverse to Plaintiff present a conflict of interest preventing me from representing Plaintiff in this action.

WHEREFORE, for the foregoing reasons, I respectfully request this Court to grant this motion for relief from appointment in the above-captioned case pursuant to Local Rule 83.38(a)(3) and (5).

**DATED: August 30, 2007**                     Respectfully submitted,
                                               By   s/Christopher J. DeGroff

Christopher J. DeGroff
Seyfarth Shaw LLP
131 S. Dearborn Street
Suite 2400
Chicago, Illinois 60603
(312) 460-5000

CH1 11299158.1