UNITED STATES DISTRICT COURT NORTHERN DISTRICT CALIFORNIA
SAN FRANCISCO DIVISION

FILED
08 JUN 30 PM 2:04
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Romeo Ezike            )
    Plaintiff       ) CV 08- 1867
  V                    ) Judge ME JAMES
                       )
Lakshmi Mittal         )
    Defendant       )
                       )

**Motion to Cease and Desist all present and future harassment of defendant**

Plaintiff in the above captioned case is requesting the honorable Judge Marie Elena James to order the defendant and his agents including the teamsters union and other to "cease and desist" harassments of the defendant including:
   a. All deliberate hit and run attempts by vehicles stalking plaintiff as he crosses the street.
   b. Unprovoked attempts of violence against plaintiff from groups associated to the unions, organizations of White, Black, Asian and Hispanic seeking the interest of the defendant.
   c. Stalking and the use of disable people, and other to set plaintiff up for false accusation.
   d. Stop the introduction of drugs and/of any chemical into the food and or drinks of the plaintiff for nefarious reasoning.
   e. Stop the attempts to steal evidence in his backpack of plaintiff tortured in Cook County Jail, and Elgin Mental Health Center in Illinois.
   f. Stop spreading false rumor to discredit plaintiff's injuries including his back, leg, eyes and heart blood condition all injuries and condition sub stained as a result of his harassments, and of which the defendant is liable.
   g. The Plaintiff has obligation to the State of California as a result of a plea bargain of a set up by the powerful teamsters union in 1993, and the defendant's and his agent's harassments could cause the plaintiff to demand protection from the State of California in order to meet those obligation. The Plaintiff is also collecting facts in his harassment and will present those facts to the appropriate law enforcement authority including the Attorney General of California for criminal investigation.

Date: June 30th 2008

P.O. BOX 425126
SAN FRANCISCO, CA

Respectfully
Romeo Ezike
*Romeo Ezike*