**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ROMEO EZIKE,                                          Case No. C-08-1867 MEJ

        Plaintiff,                               ORDER STAYING CASE
                                                      MANAGEMENT CONFERENCE
  vs.

LAKSHMI MITTAL, et al.,

        Defendants.

_____/

     Before the court is plaintiff's motion to proceed *in forma pauperis*. The Court therefore hereby stays the case management conference originally set for July 17, 2008 until it rules on plaintiff's motion. The case management conference will be rescheduled for a future day.

     **IT IS SO ORDERED.**

Dated: July 15, 2008

                         MARIA-ELENA JAMES
                         United States Magistrate Judge