**IN THE UNITED STATES DISTRICT COURT FOR THE NORHERN DISTRICT OF CALIFORNIA.**

ROMEO EZIKE
    Plaintiff,

Vs

Lakshmi Mittal, et al.,
    Defendant

Case No. C-08-1867 MEJ

ORDER STAYING CASE MANAGEMENT CONFERENCE

FILED
JUL 17 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**MOTION REQUESTING STATUS ON PLAINTIFF MOTION FOR INFORMA PAUPERIS.**

Plaintiff in the above captioned case is requesting from the honorable judge status on his motion for informa pauperis filed with the complaint on April 8th 2008 at 10:54 a.m. Plaintiff continued to be a target of hit and runs, provocation for violence by groups, and individuals seeking the interest of the defendant, and the continued attempts of these groups and individuals to steal his evidence of tortured and obstruction. Plaintiff is also a target of attempts to set him up for false charges. This case has a history of obstruction, and to prevent plaintiff from associating this unexplained delayed in the ruling of his motion for informa pauperis: plaintiff is requesting from the honorable judge to either (a) rule on the motion, (b) recuse herself if there is a conflict, since plaintiff has consented to the judge presiding in this case, and or gave (c) a reason for the delayed and the time the motion would be rule on. The delayed is sending a wrong message and putting plaintiff's life in more danger.

Dated: July 17, 2008

Respectfully
Romeo Ezike
*Romeo Ezike*

P.O BOX 425126
SAN FRANCISCO, CA.
94142