## IN THE UNITED STATES DISTRICT COURT FOR THE NORHERN DISTRICT OF CALIFORNIA.

ROMEO EZIKE
    Plaintiff,

Vs

Lakshmi Mittal, et al.,
    Defendant

Case No. C-08-1867
Judge M. Elena James
ORDER STAYING CASE
MANAGEMENT CONFERENCE

**FILED**
AUG 4 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## MOTION REQUESTING THE HONORABLE JUDGE RULE ON PLAINTIFF'S MOTION FOR INFORMA PAUPERIS.

1. Plaintiff is a pro-se a victim of campaign of terrorization that intensified since 2000 to present by groups seeking the interest of the defendant.
2. Plaintiff is requesting that the honorable judge rules on his motion for informa pauperis. Plaintiff has no peace and security.
3. Plaintiff continues to be harassed by groups seeking the interest of the defendant.
4. Plaintiff continue to be a target of hit and runs, provocation for violence despite his medical condition as a result of his harassment, stalking, attempts to set him up for false criminal charges, and continue discrediting his injury, by using groups including unions members, gangs and other individuals using false information.
5. Plaintiff believes that groups in Chicago, Illinois involved in his harassments are still active in his harassments and is working with groups in San Francisco, California to continue his harassments.
6. Plaintiff under no condition would succumb to this campaign of terrorization.
7. Plaintiff is aware that he might not be privy to information of what is going on behind the scene but this stayed and overdue decision on his motion is sending the wrong message to groups of people that do not believe in the United States Constitution. Hence Plaintiff is again requesting that the judge rule on his motion for informa pauperis this case has to get going.

Respectfully
Romeo Ezike
*Romeo Ezike*

P.O.BOX 4215126
SAN FRANCISCO, CA.
94142