Clear Form

FILED
08 AUG -7 AM 11:50
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

C-08-1867

ROMEO EZIKE

Plaintiff,

vs.

LAKSHMI MITTAL ET AL..

Defendant.

CASE NO. C-08-1867

**APPLICATION TO PROCEED IN FORMA PAUPERIS**
**(Non-prisoner cases only)**

I, ROMEO EZIKE, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes ___ No ✓

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: ____________ Net: ____________

Employer: ____________

If the answer is "no," state the date of last employment and the amount of the gross and net salary

and wages per month which you received.

DHL 2004 $25OO/MONTH

2. Have you received, within the past twelve (12) months, any money from any of the following sources:

a. Business, Profession or self employment? Yes ___ No ✓

b. Income from stocks, bonds, or royalties? Yes ___ No ✓

c. Rent payments? Yes ___ No ✓

d. Pensions, annuities, or life insurance payments? Yes ___ No ✓

e. Federal or State welfare payments, Social Security or other government source? Yes ✓ No ___

If the answer is "yes" to any of the above, describe each source of money and state the amount received from each.

STATE WELFARE PAYMENT $64 DOLLARS A MONTH

3. Are you married? Yes ___ No ✓

Spouse's Full Name: ______

Spouse's Place of Employment: ______

Spouse's Monthly Salary, Wages or Income:

Gross $______ Net $______

4. a. List amount you contribute to your spouse's support:$ ______

b. List the persons other than your spouse who are dependent upon you for support and indicate how much you contribute toward their support. (NOTE: For minor

children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.)

______________________________________________

______________________________________________

5. Do you own or are you buying a home? Yes ____ No ✓

Estimated Market Value: $____________ Amount of Mortgage: $______________

6. Do you own an automobile? Yes ____ No ✓

Make ______________ Year ____________ Model ______________

Is it financed? Yes _____ No ______ If so, Total due: $ _______________

Monthly Payment: $ ____________

7. Do you have a bank account? Yes ____ No ✓ (Do not include account numbers.)

Name(s) and address(es) of bank: ______________________________

______________________________________________

Present balance(s): $ ______________________________

Do you own any cash? Yes ____ No ✓ Amount: $ ______________

Do you have any other assets? (If "yes," provide a description of each asset and its estimated market value.) Yes ____ No ✓

______________________________________________

8. What are your monthly expenses?

Rent: $ N/A Utilities: N/A

Food: $ FOOD STAMP $162/MONTH Clothing: N/A

Charge Accounts:

| Name of Account | Monthly Payment | Total Owed on This Account |
|---|---|---|
| | $ | $ |
| | $ | $ |
| | $ | $ |

9. Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do not include account numbers.)

OUTSTANDING DEBT $5000 DOLLARS

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits? Yes ✓ No ___

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

ROMEO EZIKE V. HOFFMAN ENCLOSURES, INC. ET AL 01:04CV04476 NORTHERN District ILLINOIS FEDERAL court

Romeo Ezike v. Amtrak 07c1972; Romeo Ezike v Elgin mental Health center 07c1974 Northern District Federal court Illinois.

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

August 7th 2008 — Romeo Ezike

DATE — SIGNATURE OF APPLICANT