**UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA SAN FRANCISCO DIVISION APPEAL TO THE NINTH CIRCUIT COURT OF APPEALS.**

FILED
08 AUG -7 AM 11:49
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Romeo Ezike ) | Case no. C-08-1867 |
| Plaintiff ) | Judge M. Elena James |
| ) | Notice of Appeals |
| v. ) | |
| Mr. Lakshmi Mittal ) | |
| Defendant ) | |
| ) | |

### NOTICE OF APPEAL

This is to gave notice to the defendant that plaintiff in the above captioned case is appealing to the Ninth Circuit Court of Appeals the Judge's order on July 15th 2008 to stay the case and his overdue motion for informa pauperis that has not been rule on. The stay has the potential for irreplaceable damages as the defendant agents are active in pursuing intimidation tactics, attempts to steal evidences, attempts to harm defendant, and other nefarious activities to obstruct the proceeding. This case is related to the following cases filed in the Northern District of Illinois federal court: Romeo Ezike v Hoffman Enclosures, Inc.et al # 1:04cv04476; Romeo Ezike v Amtrak et al # 07c 1972; and Romeo Ezike v Elgin Mental Health Center # 07c1974. Plaintiff is seeking review of this stay from the Ninth Circuit Court of Appeals, and decision on his motion for informal pauperis filed with the complaint on April 7th 2008.

Dated August 7, 2008

P.O.BOX 425126
SAN FRANCISCO, CA.
94142
EMAIL: BASSAMAN45@GMAIL.COM

Respectfully
Romeo Ezike

*Romeo Ezike* (signature)

ADRMOP, E-Filing, ProSe

# U.S. District Court
## California Northern District (San Francisco)
## CIVIL DOCKET FOR CASE #: 3:08-cv-01867-MEJ

Ezike v. Mittal et al  
Assigned to: Magistrate Judge Maria-Elena James  
Cause: 18:1961 Racketeering (RICO) Act

Date Filed: 04/08/2008  
Jury Demand: Plaintiff  
Nature of Suit: 440 Civil Rights: Other  
Jurisdiction: Federal Question

**Plaintiff**

**Romeo Ezike**     represented by **Romeo Ezike**  
P.O.Box 425126  
San Francisco, CA 94142  
PRO SE

V.

**Defendant**  
**Lakshmi Mittal**

**Defendant**  
**Hoffman Enclosures, Inc.**

**Defendant**  
**DHL**

**Defendant**  
**City of Chicago**

**Defendant**  
**Amtrak**

**Defendant**  
**Elgin Mental Health Center**

**Defendant**  
**Cook County Jail**

**Defendant**  
**Brian Nolan**

**Defendant**  
**Kenneth Wadas**

**Defendant**
Richard Kruss

**Defendant**
Julie Shopnitz SW11

**Defendant**
A. Nidea

**Defendant**
Romulo Nazareno

**Defendant**
Diana Garcia-Camilo

**Defendant**
Teamsters Union

**Defendant**
Hargurmukh Singh

**Defendant**
RN Nurse Elizabeth Siavon

**Defendant**
Northern District Federal Court of Illinois

| Date Filed | # | Docket Text |
|---|---|---|
| 04/08/2008 | 1 | COMPLAINT /no process against Kenneth Wadas, Richard Kruss, Julie Shopnitz SW11, A. Nidea, Romulo Nazareno, Diana Garcia-Camilo, Teamsters Union, Hargurmukh Singh, Elizabeth Siavon, Northern District Federal Court of Illinois, Lakshmi Mittal, Hoffman Enclosures, Inc., DHL, City of Chicago, Amtrak, Elgin Mental Health Center, Cook County Jail, Brian Nolan. Filed byRomeo Ezike. (ga, COURT STAFF) (Filed on 4/8/2008) (Additional attachment(s) added on 4/8/2008: # 1 List of Exhibits, # 2 Exhibit, # 3 Transcript of 4/12/06, no page 38 attached) (ga, COURT STAFF). (Entered: 04/08/2008) |
| 04/08/2008 | 2 | MOTION for Leave to Proceed in forma pauperis filed by Romeo Ezike. (ga, COURT STAFF) (Filed on 4/8/2008) (Entered: 04/08/2008) |
| 04/08/2008 | 3 | ADR SCHEDULING ORDER: Case Management Conference set for 7/17/2008 10:00 AM. Case Management Statement due by 7/10/2008.. Signed by Judge Maria-Elena James on 4/8/08. (Attachments: # 1 Judge Standing Order, # 2 Court Standing Order, # 3 Condent/Decline Form)(ga, COURT STAFF) (Filed on 4/8/2008) (Entered: 04/08/2008) |
| 04/08/2008 | | CASE DESIGNATED for Electronic Filing. (ga, COURT STAFF) (Filed on |

|            |   | 4/8/2008) (Entered: 04/08/2008) |
|------------|---|---------------------------------|
| 04/22/2008 | 4 | CONSENT to Proceed Before a US Magistrate Judge by Romeo Ezike.. (ga, COURT STAFF) (Filed on 4/22/2008) (Entered: 04/22/2008) |
| 05/12/2008 | 5 | EXHIBITS filed byRomeo Ezike. (ga, COURT STAFF) (Filed on 5/12/2008) (Entered: 05/14/2008) |
| 05/19/2008 | 6 | EXHIBITS re 1 Complaint,, filed byRomeo Ezike. (ga, COURT STAFF) (Filed on 5/19/2008) (Entered: 05/23/2008) |
| 06/30/2008 | 7 | MOTION to Cease and Desist all present and future harassment of defendant filed by Romeo Ezike. (slh, COURT STAFF) (Filed on 6/30/2008) (Entered: 07/02/2008) |
| 07/15/2008 | 8 | ORDER STAYING CASE MANAGEMENT CONFERENCE. Signed by Judge Maria-Elena James on 7/15/08. (mejlc2, COURT STAFF) (Filed on 7/15/2008) (Entered: 07/15/2008) |
| 07/17/2008 | 9 | REQUEST STATUS re 2 MOTION for Leave to Proceed in forma pauperis by Romeo Ezike. (ga, COURT STAFF) (Filed on 7/17/2008) (Entered: 07/22/2008) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 08/07/2008 09:49:57 | | | |
| **PACER Login:** | sf0787 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 3:08-cv-01867-MEJ |
| **Billable Pages:** | 2 | **Cost:** | 0.16 |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROMEO EZIKE, | Case No. C-08-1867 MEJ |
| Plaintiff, | ORDER STAYING CASE MANAGEMENT CONFERENCE |
| vs. | |
| LAKSHMI MITTAL, et al., | |
| Defendants. | |

Before the court is plaintiff's motion to proceed *in forma pauperis*. The Court therefore hereby stays the case management conference originally set for July 17, 2008 until it rules on plaintiff's motion. The case management conference will be rescheduled for a future day.

**IT IS SO ORDERED.**

Dated: July 15, 2008

MARIA-ELENA JAMES
United States Magistrate Judge