UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
**NOTICE OF APPEAL NOTIFICATION FORM**
Please Fill Out Completely

August 14, 2008

**CASE INFORMATION:**
Short Case Title:  ROMEO EZIKE -v- LAKSHMI MITTAL
Court of Appeals No. (leave blank if a unassigned
U.S. District Court, Division & Judge Name: Northern District of California, San Francisco, Judge James
Criminal and/or Civil Case No.:  CV 08-01867 MEJ
Date Complaint/Indictment/Petition Filed: 4/8/08
Date Appealed order/judgment *entered* 7/15/08
Date NOA *filed* 8/7/08
Date(s) of Indictment  Plea Hearing  Sentencing

COA Status (check one):    ☐ granted in full (attach order)       ☐ denied in full (send record)
                           ☐ granted in part (attach order)       ☐ pending

Court Reporter(s) Name & Phone Number:

*Magistrate Judge's Order?  If so, please attach.*

**FEE INFORMATION**
Date Docket Fee Paid:                              Date Docket Fee Billed:
Date FP granted:                                    Date FP denied:
Is FP pending?  X yes   ☐ no                       Was FP limited ☐?  Revoked ☐?
US Government Appeal? ☐ yes   ☐ no
Companion Cases?  Please list:

*Please attach copy of any order granting, denying or revoking FP.*

**COUNSEL INFORMATION** (Please include email address)
Appellate Counsel:                                  Appellee Counsel:
Romeo Ezike
P.O. Box 425126
San Francisco, CA 94142


☐ retained   ☐ CJA   ☐ FPD   ☐ Pro Se   ☐ Other    *Please attach appointment order.*

**DEFENDANT INFORMATION**
Prisoner ID:                                        Address:
Custody:
Bail:

**AMENDED NOTIFICATION INFORMATION**
Date Fees Paid:                          9th Circuit Docket Number:


Name & Phone Number of Person Completing this Form: Gloria Acevedo, 415-522-3080