UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
**NOTICE OF APPEAL NOTIFICATION FORM**
Please Fill Out Completely

RECEIVED
MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

AUG 15 2008

August 14, 2008

**CASE INFORMATION:**
Short Case Title: <u>ROMEO EZIKE</u>-v- <u>LAKSHMI MITTAL</u>
Court of Appeals No. (leave blank if a unassigned
U.S. District Court, Division & Judge Name: <u>Northern District of California, San Francisco, Judge James</u>
Criminal and/or Civil Case No.: <u>CV 08-01867 MEJ</u>
Date Complaint/Indictment/Petition Filed: <u>4/8/08</u>
Date Appealed order/judgment *entered* <u>7/15/08</u>
Date NOA *filed* <u>8/7/08</u>
Date(s) of Indictment  Plea Hearing  Sentencing

08-16830

COA Status (check one):   ☐ granted in full (attach order)      ☐ denied in full (send record)
                          ☐ granted in part (attach order)      ☐ pending

Court Reporter(s) Name & Phone Number:

*Magistrate Judge's Order? If so, please attach.*

**FEE INFORMATION**
Date Docket Fee Paid:                    Date Docket Fee Billed:
Date FP granted:                         Date FP denied:
Is FP pending?  X yes  ☐ no
                                         Was FP limited ☐? Revoked ☐?
US Government Appeal? ☐ yes  ☐ no
Companion Cases?  Please list:

*Please attach copy of any order granting, denying or revoking FP.*

**COUNSEL INFORMATION** (Please include email address)
Appellate Counsel:                       Appellee Counsel:
Romeo Ezike
P.O. Box 425126
San Francisco, CA 94142

☐ retained  ☐ CJA  ☐ FPD  ☐ Pro Se  ☐ Other    *Please attach appointment order.*

**DEFENDANT INFORMATION**
Prisoner ID:                             Address:
Custody:
Bail:

**AMENDED NOTIFICATION INFORMATION**
Date Fees Paid:                          9th Circuit Docket Number:

Name & Phone Number of Person Completing this Form: <u>Gloria Acevedo</u>, 415-522-3080